AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Indian River County, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 15-460 CRC |
| Peter M. Rogoff and U.S. Dept of Transportation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AAF Holdings LLC.

Date: 04/27/2015

/s/ David H. Coburn
*Attorney's signature*

David H. Coburn (DC # 241901)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Address*

dcoburn@steptoe.com
*E-mail address*

(202) 429-3000
*Telephone number*

(202) 429-3902
*FAX number*